Daniel T. Quinn
Alaska Bar No. 8211141
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
dquinn@richmondquinn.com

Attorneys for Defendant
Corrections Corporation of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CARL E. BROWN as Next Friend of JAMES E. CARTER,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>Defendant. | Case No. 3:13-cv<br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

Defendant, Corrections Corporation of America ("CCA"), which has been served to date with the Complaint referenced below, through counsel and pursuant to 28 U.S.C. § 1441(b), hereby notices the removal of the above-captioned case, from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-12-11140 CI, to this Court and in support thereof asserts:

1. That on or about December 13, 2012, Plaintiff commenced an action against Defendant CCA in the Superior Court of the State of Alaska, in the Third Judicial District at Anchorage, Case No. 3AN-12-11140 CI, under the caption, *Carl E. Brown, as Next friend of James E. Carter v. Corrections Corporation of America*. A copy of that Summons and Complaint are attached hereto as Exhibit "A".

2. Plaintiff is an inmate of the Alaska Department of Corrections currently incarcerated in Hudson, Colorado. Plaintiff is a citizen of the State of Alaska.

3. Defendant CCA is a Maryland Corporation, with its principal place of business in Nashville, Tennessee. Defendant conducts business in Arizona.

4. Defendant CCA received formal notice of this action on or about December 17, 2012, when a copy of the Complaint, along with a Summons, was sent via certified mail addressed to a Statutory Agent of Defendant CCA.

5. This Notice of Removal is being filed within thirty days after initial receipt of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

6. This Court has jurisdiction pursuant to 28 U.S.C. § 1332. This action may be removed pursuant to 28 U.S.C. §§ 1441(b) and 1446 because Defendant is not a citizen of the State in which such action is brought and, instead, is a citizen of either Maryland or Tennessee, and complete diversity exists between the parties. Further, Plaintiff seeks damages in excess of the $75,000 minimum requirement for

Defendant's Notice of Removal
Carl E. Brown, as Next Friend of James E. Carter v. Corrections Corporation of America
Case No. 3:13-cv-
Page 2 of 4

Case 3:13-cv-00001-SLG   Document 1   Filed 01/03/13   Page 2 of 4

federal jurisdiction. The Complaint seeks compensatory damages in the amount fixed by the contractual agreement between CCA and the Alaska Department of Corrections that, if awarded, would exceed $75,000. Plaintiff also confirmed that he is seeking compensatory damages above $75,000 during a conference call with defense counsel on January 3, 2013.

7. A Notice of Filing Notice of Removal, a true and correct copy of which is attached as Exhibit "B", has been filed in the Superior Court for the State of Alaska, in the Third Judicial District at Anchorage, Case No. 3AN-12-11140 CI, on behalf of the Defendant.

DATED this 3rd day of January, 2013, at Anchorage, Alaska.

RICHMOND & QUINN

By /s/ Daniel T. Quinn
Daniel T. Quinn
Alaska Bar No. 8211141
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
dquinn@richmondquinn.com

Attorneys for Defendant
Corrections Corporation of America

Defendant's Notice of Removal
Carl E. Brown, as Next Friend of James E. Carter v. Corrections Corporation of America
Case No. 3:13-cv-
Page 3 of 4

Case 3:13-cv-00001-SLG   Document 1   Filed 01/03/13   Page 3 of 4

## CERTIFICATE OF SERVICE

I certify that on January 3, 2013, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing.

I hereby certify that on January 3, 2013, I served the attached document by mail on the following, who is not a registered participant of the CM/ECF System:

> Carl E. Brown, #66096
> HUDSON CORRECTIONAL CENTER
> 3001 N. Juniper Street
> Hudson, CO 80642

    /s/ Daniel T. Quinn
    RICHMOND & QUINN

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Defendant's Notice of Removal
Carl E. Brown, as Next Friend of James E. Carter v. Corrections Corporation of America
Case No. 3:13-cv-
Page 4 of 4

Case 3:13-cv-00001-SLG   Document 1   Filed 01/03/13   Page 4 of 4