**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

CARL E. BROWN,
as next friend of James E. Carter,
        Plaintiff,

Case Number 3:13-cv-00001-SLG

v.

CORRECTIONS CORP. OF AMERICA,
        Defendant.     **JUDGMENT IN A CIVIL CASE**

___  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the plaintiff recover nothing, the action be dismissed on the merits, and the defendant Corrections Corp. of America recover costs in the amount of $_____ from the plaintiff Carl E. Brown.

APPROVED:

/s/Sharon L. Gleason
SHARON L. GLEASON
United States District Judge

Date: April 30, 2013                         Marvel Hansbraugh
                                                    Marvel Hansbraugh,
                                                      Clerk of Court

[313cv1SLG-judgment.wpd]{JMT2.WPT*Rev.3/03}