Carl E. Brown #66096
HCF
3001 N. Juniper St.
Hudson, Colo. 80642

RECEIVED
MAY 13 2013
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CARL E. BROWN, | ) | D.C. No. 3:13-cv-00001 SLG |
| Appellant, | ) | |
| | ) | |
| v. | ) | NOTICE AND POINT OF APPEAL |
| | ) | |
| CORRECTIONS CORP. of AM., | ) | |
| Appellee. | ) | |

Notice is hereby given that Carl E. Brown, Appellant and Corrections Corp. of America (CCA), Appellee, in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment and order granting defendant's Motion to Dismiss Plaintiff's civil action for wrongful death, negligence and breach of contract entered in this action on the 30th day of April, 2013.

Dated this 8th day of May, 2013.

### POINT OF APPEAL

Appellant appeals the Court's order to dismiss the above captioned case for failure to file this action in a timely manner for an abuse of discretion. The Court cites to AS 09.55.580 as the authority setting the statute of limitations period.

By: *Carl E. Brown*
Carl E. Brown
Pro se litigant
Hudson Corr. Fac.
3001 N. Juniper St.
Hudson, CO 80642

NOTICE OF APPEAL
Brown v. CCA
D.C. No. 3:13-cv-00001 SLG

CARL E. BROWN #66096
Hudson Correctional Facility
3001 N. Juniper St.
Hudson, Colo. 80642



United States District Court
Court Clerk
222 West 7th Avenue #4
Anch., Alaska 99513-7564