FILED

JUL 18 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARL E. BROWN, as Next Friend of James E. Carter,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>    Defendant - Appellee. | No. 13-35423<br><br>D.C. No. 3:13-cv-00001-SLG District of Alaska, Anchorage<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion filed June 28, 2013 is construed as a motion to reconsider the court's June 18, 2013 order, which directed appellant to complete and file a prisoner authorization form pursuant to 28 U.S.C. § 1915(b)(1) and (2). So construed, the motion is denied.

The court sua sponte grants appellant an extension of time to comply with the court's July 18, 2013 order. Within 21 days after the date of this order, appellant shall file with this court a completed prisoner authorization form, which directs prison officials at appellant's institution to assess, collect, and forward to the court the $455.00 filing and docketing fees for this appeal on a monthly basis

KS/MOATT

whenever funds exist in appellant's trust fund account. These fees will continue to be collected regardless of the date or manner of disposition of this appeal. *See* 28 U.S.C. § 1915(b)(2), (e)(2).

If appellant fails to comply with this order, the Clerk shall dismiss this appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

Appellant's motion to supplement the record on appeal, filed June 17, 2013, is denied.

Briefing shall be addressed upon disposition of the fees for this appeal.

The Clerk shall serve this order, a copy of the court's June 18, 2013 order, and a prisoner authorization form on appellant.