FILED

MAY 21 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARL E. BROWN, as Next Friend of James E. Carter,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>    Defendant - Appellee. | No. 13-35423<br><br>D.C. No. 3:13-cv-00001-SLG<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

Brown's motion to accept a late petition for panel rehearing is granted, and the Clerk shall file the petition for panel rehearing received on December 26, 2014.

Brown's motion to recall the mandate, included with his motion to accept a late petition for panel rehearing, is denied as unnecessary.

Brown's petition for panel rehearing is denied.

No further filings will be entertained in this closed case.