IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CARL E. BROWN as Next Friend of JAMES E. CARTER,<br><br>        Plaintiff,<br> v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>        Defendant. | Case No. 3:13-cv-00001-SLG |

## NOTICE OF INTENT TO DISMISS

Before the Court is Plaintiff's Motion to Extend Stay (Docket 60) and Defendant's Response (Docket 61); no reply was filed. Earlier this year, Mr. Brown filed a Request to Start Informal Probate with the Alaska State Court, Case No. 3AN-16-691 PR. A review of the case file on Courtview indicates that the filing fee of $200 has not been paid. The state court issued a deficiency notice in which it appears no boxes were checked in April 2016; since then, there has been no further action by the state court in the case, although Mr. Brown did file additional documents in that case in May and June.

Based on the foregoing, IT IS ORDERED that the motion to extend the stay at Docket 60 is DENIED. This action will be dismissed with prejudice on **October 3, 2016** unless prior to that date Mr. Brown files and serves a notice with this Court that demonstrates good cause as to why this action should not be dismissed at that time. The notice should discuss, at a minimum, (1) the status of the filing fee with the probate court; and (2) why Mr. Brown is of the view that each of the deficiencies that Defendant has identified with his probate filings do not preclude him from maintaining that action.

DATED this 2nd day of September, 2016 at Anchorage, Alaska.

                */s/ Sharon L. Gleason*
                UNITED STATES DISTRICT JUDGE