# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

CARL E. BROWN as Next Friend of
JAMES E. CARTER,

                Plaintiff,

v.

CORRECTIONS CORPORATION OF
AMERICA,

                Defendant.

Case No. 3:13-cv-00001-SLG

## ORDER OF DISMISSAL

On September 2, 2016 the Court entered a Notice of Intent to Dismiss (Docket 62). Plaintiff filed a response to the Order at Docket 63, to which Defendant filed an Opposition at Docket 64. Although Plaintiff has evidently paid the filing fee with the probate court, he has not responded to this Court's order at Docket 62 which directed him to explain why he "is of the view that each of the deficiencies that Defendant has identified with his probate filings do not preclude him from maintaining that action." (*See* Dockets 59 and 64; *see also* Docket 51, Order on Motion to Dismiss).

Plaintiff recently filed a Notice of Notice of Hearing and Request to Stay Further Proceeding Pending Outcome of Hearing (Docket 65), but has still not addressed the many limitations on his ability to maintain this action. Upon consideration of the record as a whole, the Court hereby DENIES Plaintiff's request to further stay this proceedings at Docket 65

This action is DISMISSED with prejudice. The Clerk of Court is directed to enter a judgment for Defendant. In the event that Plaintiff is appointed personal representative

and is accorded the authority to maintain a wrongful death claim against Corrections Corp. of America, he may then seek relief from this judgment to the extent authorized by Civil Rule 60 (b).

DATED this 24th day of October, 2016 at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE