# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

CARL E. BROWN,
    Plaintiff,

v.

Case Number 3:13-cv-00001-SLG

CORRECTIONS CORP. OF AMERICA,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

__ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this action is DISMISSED with prejudice.

APPROVED:

/s/Sharon L. Gleason
SHARON L. GLEASON
United States District Judge

Date: October 25, 2016

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Lesley K. Allen
Lesley K. Allen,
Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}